UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-20597-GAYLES/TORRES

**COURTNEY MCLEOD**,

    Plaintiff,

v.

**CHEF CREOLE SEASONED KITCHENS, INC.** and
**WILKINSON SEJOUR**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff Courtney Mcleod's Motion for Entry of Final Judgment (the "Motion") [ECF No. 12]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On February 28, 2022, Plaintiff brought this action against Defendant Chef Creole Seasoned Kitchens, Inc. ("Chef Creole"), for overtime wages and unpaid minimum wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and for breach of contract and unjust enrichment. [ECF No. 1].

2. On March 17, 2022, Plaintiff served Defendant Chef Creole. [ECF No. 8].

3. Defendant Chef Creole did not timely answer or otherwise respond to the Complaint. As a result, Plaintiff moved for a Clerk's Entry of Default as to the Defendant on April 8, 2022, [ECF No. 9], which the Clerk entered that same day, [ECF No. 11].

4. On April 22, 2022, Plaintiff filed the instant Motion. Plaintiff seeks an entry of default judgment, pursuant to Federal Rule of Civil Procedure 55(b), against

    Defendant Chef Creole for unpaid wages, liquidated damages, as well as reasonable attorney's fees and costs. [ECF No. 12 at 5–7]. Plaintiff also seeks additional damages for wages promised "for generating positive customer reviews." *Id.* at 2.

5.    As a result of Defendant Chef Creole's failure to respond to Plaintiff's Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for overtime wages, unpaid minimum wages, and liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and for breach of contract and/or unjust enrichment. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiff Courtney Mcleod's Motion for Entry of Final Judgment, [ECF No. 12], as to Defendant Chef Creole Seasoned Kitchens, Inc. is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58, final judgment shall be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE